UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No:  10-07287-3G7

VALERIE H. SHAW

_____Debtor./

**TRUSTEE'S MOTION TO DISMISS CASE**

The trustee, Gordon P. Jones, moves to dismiss this case pursuant to 11 U.S.C. §§707(a)(1)

and 707(b) of the Bankruptcy Code and would show:

1.      The debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy

        Code on August 20, 2010.

2.      The debtor's debts are primarily consumer debts per her Voluntary Petition and

        Schedules.

3.      The debtor currently, and at the time of the filing her Voluntary Petition, resides at

        3542 Bay Island Circle, Jacksonville Beach, Florida 32250.

4.      The debtor has not claimed the above-described real property as exempt on her

        Schedule C.

5.      The debtor has refused to vacate the property despite both written and oral requests

        by the Trustee.

6.      The debtor listed on Schedule J that she was paying $2,134.44 in home mortgage

        payments and $250 per month in property utilities.

7.      In fact, the debtor has not paid the mortgage payment or the property taxes in the

        year prior to filing.

8.     Furthermore, the debtor has not paid the mortgage payments in the four (4) months since her case was filed.

9.     As a result, the debtor would have sufficient income to fund a Chapter 13 Plan.

10.    The debtor's continued use and occupancy of the premises without the bankruptcy estate's permission is resulting in: (1) unreasonable delay of the administration of her case, (2) prejudice to creditors, and (3) substantial abuse of the provisions of Chapter 7.

Wherefore, the trustee moves this court for an Order dismissing this case.

Dated: December 22, 2010

/s/ Gordon P. Jones
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL 32260-0459
(904) 262-7373
Attorney for Trustee

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this _22_ day of December, 2010 or electronically by the Bankruptcy Noticing Center, to the following:

Valerie H. Shaw
3542 Bay Island Circle
Jacksonville Beach, FL 32250

Edward P Jackson
255 N. Liberty St, First Floor
Jacksonville, FL 32202

Office of United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL 32801

/s/ Gordon P. Jones
Attorney