UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                                                    CASE NO.: **10-07287-PMG**

**VALERIE SHAW,**

        Debtor.
_____/

## MOTION TO STRIKE PORTION OF TRUSTEE'S MOTION TO DISMISS CASE

The debtor, Valerie H. Shaw, by and through her undersigned attorney, moves the court to strike a portion of the Trustee's Motion to Dismiss Case and states:

1. The Trustee has filed a Motion to Dismiss Debtor's Case, docket # 34, relying on 11 U.S.C. § 707(a)(1) and 707(b).

2. Bankruptcy Rule 1017 requires that a Motion to Dismiss under § 707(b) be brought within sixty days after the first date set for the Meeting of Creditors.

3. The first date set for the debtor's Meeting of Creditors was October 7, 2010. The Trustee's Motion to Dismiss was filed on December 22, 2010, which is more than sixty days after the date first set for the Meeting of Creditors.

4. The Trustee's Motion to Dismiss pursuant to § 707(b) of the Bankruptcy Code is not timely and should be stricken.

WHEREFORE, the debtor moves the court to strike that portion of the Trustee's Motion to Dismiss Case which is based upon § 707(b) of the Bankruptcy Code.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of this Motion to Strike was furnished to: Gordon P. Jones, Trustee, PO Box 600459, Jacksonville, FL 32260, electronically, on the ___18th___ day of January, 2011.

    /s/ Edward P. Jackson
EDWARD P. JACKSON
255 N. Liberty Street, 1st Floor
Jacksonville, FL 32202
(904) 358-1952
(904) 358-1288 fax
Florida Bar No.: 286648
Attorney for Debtors