# EXHIBIT

# B

Amended & Enacted 5/25/10

1  Introduced by Council Members Hyde and Lee and amended by the
2  Finance Committee:

3

4

5            **ORDINANCE 2010-327-E**

6            AN   ORDINANCE   RELATING   TO   MORTGAGED   REAL
7            PROPERTY; CREATING A NEW CHAPTER 179 (MORTGAGE
8            FORECLOSURE   REGULATION),   *ORDINANCE   CODE*;
9            PROVIDING THE  PURPOSE,  INTENT,  DEFINITIONS,
10           AND APPLICABILITY OF THE ORDINANCE; REQUIRING
11           MORTGAGEE   REGISTRATION   RELATING   TO   REAL
12           PROPERTY MORTGAGES  IN DEFAULT; PROVIDING FOR
13           REGISTRATION, FEES,  AND THE APPROPRIATION OF
14           THOSE FEES INTO A SPECIAL ACCOUNT DEDICATED TO
15           IMPLEMENTATION  OF  THE  ORDINANCE;  REQUIRING
16           MAINTENANCE  OF  CERTAIN  REAL  PROPERTY  BY
17           MORTGAGEES;  PROVIDING SUPPLEMENTAL AUTHORITY;
18           PROVIDING  FOR  PENALTIES  AND  ENFORCEMENT
19           PROVIDING  FOR  SEVERABILITY;  PROVIDING  AN
20           EFFECTIVE DATE.

21

22    **BE IT ORDAINED** by the Council of the City of Jacksonville:
23    **WHEREAS**, the present mortgage foreclosure crisis has serious
24  negative implications for all communities trying to manage the
25  resulting property vacancies, increases in crime and homelessness,
26  and other problems that stem from the financial crisis; and
27    **WHEREAS**, foreclosed homes quickly succumb to the forces of
28  nature and the elements, grass and weeds grow long, swimming pools
29  become stagnant public health hazards, landscaping dies from lack
30  of attention or grows out of control, windows break, exteriors
31  suffer damage from normal wear-and-tear and vandalism, communities

- 1 -

1  suffer, and these consequences have a negative impact first on
2  neighboring residences and then on entire neighborhoods; and

3       **WHEREAS**, the conditions identified above negatively impact the
4  City of Jacksonville and blight neighborhoods; and

5       **WHEREAS**, the City of Jacksonville is challenged to identify
6  and locate owners or foreclosing parties who can correct negative
7  impacts and maintain the properties that are in the foreclosure
8  process or that have been foreclosed; and

9       **WHEREAS**, the City of Jacksonville finds that neighborhoods
10 should be protected from becoming blighted through the lack of
11 adequate maintenance and security of abandoned and vacant
12 properties subject to mortgages that are in default; and

13      **WHEREAS**, the City of Jacksonville has already adopted property
14 maintenance codes to regulate community standards for the interior
15 and exterior of structures and the condition of property as a
16 whole; and

17      **WHEREAS**, a foreclosed property registration process is
18 necessary for the City of Jacksonville to address safety and
19 aesthetic concerns, as well as to correct the negative impacts and
20 blighting conditions, that occur as a result of the foreclosure
21 crisis; and

22      **WHEREAS**, the City of Jacksonville finds that the registration
23 process would include properties that have already been foreclosed
24 upon, are currently in the foreclosure process, or will be in the
25 foreclosure process in the future; and

26      **WHEREAS**, the City Council of the City of Jacksonville has
27 determined that the following additions to the City's ordinance
28 code will serve and contribute to promoting and protecting the
29 general health, safety and welfare of the residents of the City of
30 Jacksonville; and,

1    **WHEREAS**, upon passage, duly noticed public hearings as
2    required by law will have been held by the City Council of the City
3    of Jacksonville, at which public hearings all residents and
4    interested persons were given an opportunity to be heard; now
5    therefore

6    **BE IT ORDAINED** by the Council of the City of Jacksonville:

7    **Section 1.      Recitals Incorporated.**  The above recitals are
8    true and correct and by this reference are    incorporated   herein
9    and made an integral part hereof.

10   **Section 2.     New    Chapter    179    (Mortgage    Foreclosure**
11   **Regulation) enacted.**  Title VI (Businesses, Trades and Occupations)
12   is amended to add a new Chapter 179 (Mortgage Foreclosure
13   Regulation) to read as follows:

14                **TITLE VI. BUSINESSES, TRADES AND OCCUPATIONS**

15                              *  *  *

16               **CHAPTER 179. MORTGAGE FORECLOSURE REGISTRATION**

17   **Sec. 179.101     Purpose and intent.**

18        It is the purpose and intent of this Chapter to establish a
19   process to limit and reduce the deterioration of property located
20   within the City of Jacksonville, which property is in mortgage
21   foreclosure, or where ownership has been transferred to a lender or
22   mortgagee by any legal method. It is further intended to establish
23   a registration program as a mechanism to protect neighborhoods from
24   becoming blighted through the lack of adequate maintenance of
25   abandoned and vacated properties which are subject to mortgages
26   that may or may not be in default.

27   **Sec. 179.102     Definitions.**

28        The following words, terms and phrases, when used in this
29   Chapter, shall have the meanings ascribed to them, except where the
30   context clearly indicates a different meaning. Where the context

will permit and no definitions are provided herein, the definitions provided in the Florida Building Code shall apply.

*Abandoned real property* means any real property that is vacant, and is under a public notice of default, or is pending a mortgage foreclosure, or notice of mortgagee's sale, or lien sale and/or properties that have been the subject of a mortgage foreclosure sale where title is retained by the mortgagee, and/or any properties transferred under a deed-in-lieu of foreclosure sale, a short sale or any other legal means.

*Default* means that the mortgagee has filed a foreclosure action or public notice of default on the mortgage. A mortgage shall be considered in default at such time as the mortgagee declares said mortgage to be in default either in writing, by recording a lis pendens, by commencing foreclosure proceedings; or by any other actions demonstrating a breach of a security covenant on a property.

*Enforcement officer* means any fulltime law enforcement officer, building official, fire inspector or code enforcement officer employed by the City of Jacksonville.

*Evidence of vacancy* means any condition that on its own, or combined with other conditions present, would lead a reasonable person to believe that the property is vacant. Such conditions may include, but are not limited to: overgrown and/or dead vegetation; electricity, water or other utilities turned off; stagnant swimming pool; or statements by   neighbors, passers-by, delivery agents or government agents.

*Foreclosure* means the judicial process by which a property, placed as security for a mortgage loan, after a judicial process, is to be sold at an auction to satisfy a debt upon which the borrower has defaulted.

1    *Vacant* means any building or structure that is not lawfully
2    occupied or inhabited by human beings as evidenced by the
3    conditions set forth in the definition of "*Evidence of Vacancy*"
4    above.

5    **Sec. 179.103.  Applicability**.

6        This chapter applies to abandoned and vacant property located
7    within the City of Jacksonville, which property is in or has been
8    in mortgage foreclosure, or where ownership has been transferred to
9    a lender or mortgagee by any legal method.

10   **Sec. 179.104. Inspection and registration of vacant real property**
11   **by mortgagee holding mortgages in default**.

12       (a)  Any mortgagee who holds a mortgage on real property
13   located within the City of Jacksonville shall perform an inspection
14   of the property upon default by the mortgagor or prior to the
15   issuance of a notice of default. If the property is found to be
16   vacant or shows evidence of vacancy, it shall be deemed vacant or
17   abandoned and the mortgagee shall, within ten (10) days of the
18   inspection, register the property with the City of Jacksonville's
19   Housing & Neighborhood Department on forms promulgated by the
20   Housing & Neighborhood Department.

21       (b)  Property inspected pursuant to subsection (a) above that
22   is occupied but remains in default, shall be inspected on a regular
23   basis by the mortgagee or mortgagee's designee.

24       (c)  Within ten (10) days of the date any mortgagee declares
25   its mortgage to be in default, the mortgagee shall register the
26   real property with the City of Jacksonville's Housing &
27   Neighborhood Department on forms promulgated by the Housing &
28   Neighborhood Department and, at the time of registration, shall
29   designate in writing a local property manager to inspect, maintain
30   and secure the real property subject to the mortgage in default.

Amended & Enacted 5/25/10

(d)  Registration pursuant to this section shall contain at a minimum the name of the mortgagee, the mailing address of the mortgagee, e-mail address, and telephone number and name of the local property manager and said person's address, e-mail address, and telephone number.  The local property manager shall be responsible to inspect, secure and maintain the property.  The property manager named in the registration shall be located within twenty (20) miles of the City of Jacksonville and available to be contacted by the City, Monday through Friday between 9:00 a.m. and 5:00 p.m., holidays and lunch hours excepted.

(e)  Each registrant shall pay a fee of $150.00 for each registration, as and for the costs of registration and enforcement and the protection against and removal of blight and real property deterioration.  Said fees shall be deposited to a special account in the Housing & Neighborhood Department dedicated to the cost of implementation and enforcement of this ordinance and any registries so required.

(f)  This section shall also apply to properties that have been the subject of a foreclosure sale where title is transferred to the mortgagee as well as any properties transferred to the mortgagee under a deed in lieu of foreclosure.

(g)  Properties subject to this section shall remain under the registration requirement, and the inspection, security, and maintenance standards of this section as long as they remain vacant or subject to having been declared by a mortgagee to be in default.

(h)  Any person or other legal entity that has registered a property under this ordinance must report any change of information contained in the registration within ten (10) days of the change.

(i)  Failure of the mortgagee and/or property owner of record to properly register or to modify the registration from time to time to reflect a change of circumstances as required by this

- 6 -

ordinance is a violation of this chapter and shall be subject to enforcement by any of the enforcement means available to the City of Jacksonville.

(j)  Pursuant to any judicial finding and determination that any property is in violation of this chapter the City may take the necessary action to ensure compliance with and place a lien on the property for the cost of the work performed to benefit the property and to bring it into compliance.

**Sec. 179.105. Maintenance requirements.**

Properties subject to this chapter shall be maintained in accordance with the City's property safety standards found in Chapter 518, *Ordinance Code*.

**Sec. 179.106. Security requirements.**

(a)  Properties subject to this Chapter shall be maintained in a secure manner so as not to be accessible to unauthorized persons.

(b)  A "secure manner" shall include, but not be limited to, the closure and locking of windows, doors, gates and other openings of such size that may allow a child or adult to access the interior of the property and/or structure. Broken windows shall be secured by reglazing or boarding.

(c)  If a mortgage on a property is in default, and the property has become vacant or abandoned, a local property manager shall be designated by the mortgagee to perform the work necessary to bring the property into compliance with the code of ordinances and the local property manager must perform regular inspections to verify compliance with the requirements of this section, and any other applicable laws or ordinances of the City of Jacksonville.

(d)  When a property subject to this Chapter becomes vacant or abandoned, it shall be posted with the name and twenty four (24) hour contact telephone number of the local property manager. The sign shall be placed in a window facing the street and shall be

Amended & Enacted 5/25/10

visible from the street. The posting shall be no less than 18 inches x 24 inches. and shall be of a font that is legible from a distance of 45 feet. The posting shall contain the following language with supporting information:

THIS PROPERTY IS MANAGED BY

AND IS INSPECTED ON A REGULAR BASIS.

THE PROPERTY MANAGER CAN BE CONTACTED

BY TELEPHONE AT

OR BY EMAIL AT

(e)   The posting required in subsection (d) above shall be placed on the interior of a window facing the street to the front of the property so that it is visible from the street, or secured to the exterior of the building/structure facing the street to the front of the property so that it is visible from the street or if no such area exists, on a stake of sufficient size to support the posting in a location that is at all times visible from the street to the front of the property but not readily accessible to vandals. Exterior posting shall be constructed of and printed with weather-resistant materials.

(f)   Failure of the mortgagee and/or property owner of record to properly inspect and secure a property subject to this Chapter, and post and maintain the signage noted in this section, is unlawful and a Class C violation and shall be subject to enforcement by any of the enforcement means available to the City of Jacksonville. Pursuant to a finding and determination, the City of Jacksonville may take the necessary action to ensure compliance with this section, and recover costs and expenses in support thereof.

**Sec. 179.107.  Additional authority**.

(a)   If an appropriate City code enforcement administrator has reason to believe that a property subject to the provisions of this

1 chapter is posing a serious threat to the public health safety and
2 welfare, the code enforcement administrator may bring the
3 violations before the City's code enforcement board or code
4 enforcement special magistrate, or a court of competent
5 jurisdiction as soon as possible to address the conditions of the
6 property.

7     (b)  If there is a finding that the condition of the property
8 is posing a serious threat to the public health safety and welfare,
9 then the code enforcement board or code enforcement special
10 magistrate or a court of competent jurisdiction may direct the City
11 to abate the violations and charge the mortgagee with the cost of
12 abatement.

13     (c)  If the mortgagee does not reimburse the City for the cost
14 of abatement within thirty (30) days of the City sending the
15 mortgagee the invoice, then the City may lien the property with the
16 cost of abatement, along with an administrative fee of $500.00 to
17 recover the administrative personnel services.

18 **Sec. 179.108. Provisions Supplemental.**

19     Nothing contained in this Chapter shall prohibit the City of
20 Jacksonville from enforcing its codes by any other means,
21 including, but not limited to, injunction, abatement or as
22 otherwise provided by law or ordinance.

23 **Sec. 179.109  Criminal Penalties**.

24     Unless otherwise provided for in this Chapter, a violation of
25 this Chapter is declared unlawful and shall be a Class B offense.

26     **Section 3. Severability.**   It is hereby declared to be the
27 intention of the City Council of the City of Jacksonville that the
28 sections, paragraphs, sentences, clauses and phrases of this
29 ordinance are severable, and if any phrase, clause, sentence,
30 paragraph or section of this ordinance shall be declared
31 unconstitutional by the valid judgment or decree of a court of

1  competent jurisdiction, such unconstitutionality shall not affect

2  any of the remaining phrases, clauses, sentences, paragraphs and

3  sections of this Ordinance.

4      **Section 4. Effective Date.**    This ordinance shall become

5  effective upon signature by the Mayor or upon becoming effective

6  without the Mayor's signature.

7  Form Approved:

8

9  _____/s/ Margaret M. Sidman_____

10  Office of General Counsel

11  Legislation prepared by:  Steven E. Rohan

12  G:\SHARED\LEGIS.CC\2010\ord\Hyde Mortgage Foreclosure Registration 4.21.2.doc

13