# EXHIBIT

# C

## GORDON P. JONES
*Bankruptcy Trustee*
*Post Office Box 600459*
*Jacksonville, Florida 32260-0459*
*(904) 262-7373*

October 12, 2010

Valerie H. Shaw
3542 Bay Island Circle
Jacksonville Beach Fl 32250

       Case no.:       10-07287-3G7

Dear Ms. Shaw :

I have been appointed Trustee of the above-mentioned case. My initial review of the Schedules filed in this case discloses that you own real property located at 3542 Bay Island Circle, Jacksonville Beach Fl. I believe that this property is, or was, your homestead. Nonetheless, this property was not claimed as exempt on Schedule C of your Bankruptcy Schedules. Upon the filing of a Petition for Bankruptcy, an estate is created pursuant to 11 U.S.C. §541 consisting of all property of the debtor(s) wherever located and by whomever held, including the real property mentioned above. Accordingly, this real property is property of the estate for which I am charged with administering.

    Additionally, one of my duties as Trustee, pursuant to 11 U.S.C. Section 704(3), is to "ensure that the debtor shall perform his intentions as specified in 11 U.S.C. §521(2)(B)". In your Statement of Intentions, you indicated that you are surrendering the property pursuant to §521(2)(B).

    Your continued use and occupancy of the premises without my express written permission is unauthorized. This is a warning that you are trespassing on property of the estate. Your post-petition use of the premises is hindering and delaying my ability to administer this asset and could be a ground for objecting to your discharge pursuant to 11 U.S.C. §727(a)(2)(B). Please immediately vacate the premises and provide me with the Notice of Change of Address as filed with the Bankruptcy Court. Moreover, please notify me in writing of the exact date that you vacated the premises. Furthermore, please immediately forward to me all keys and security codes for entry to the premises.

    Alternatively, if you want to continue residing in this property, please immediately amend your Schedule C to claim the property as exempt pursuant to Article 10, Section 4 of the Florida Constitution. If an Amendment is filed, I have no objection to you continuing to reside in the property pending final resolution of your entitlement to this claim of exemption.

                                                      Sincerely,

                                                      Gordon P. Jones, Trustee

GPJ/nc

Copy to:

Edward P Jackson
255 N. Liberty St, First Floor
Jacksonville, Fl 32202